IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY CO., <br><br> Plaintiff, <br><br> vs. <br><br> ROCK CREEK ELECTRIC, INC., TIM BACHMEIER, and LYNDSEY BACHMEIER, <br><br> Defendants. | CV 16-151-BLG-SPW-TJC <br><br> **ORDER** |

Pursuant to the Court's April 10, 2017, Order (Doc. 7), Plaintiff submitted a status report indicating the parties have reached a settlement and are finalizing the settlement agreement. (Doc. 8.) Plaintiff requests an additional thirty (30) days in which to either withdraw its claims or provide another status report to the Court. Good cause appearing,

IT IS ORDERED that Plaintiff's request is GRANTED. On or before June 12, 2017, Plaintiff shall either withdraw its claims or provide another status report.

DATED this 11th day of May, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge