IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JUN 0 8 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, an Iowa corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ROCK CREEK ELECTRIC, INC., TIM BACHMEIER AND LYNDSEY BACHMEIER,<br><br>        Defendants. | CV 16-151-BLG-SPW<br><br><br>ORDER |

Plaintiff, Developers Surety and Indemnity Company, has moved to voluntarily dismiss this case without prejudice (Doc. 10), pursuant to F.R.C.P. 41(a)(2). Defendants have been served, but have not filed an appearance so the motion is unopposed. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Case Without Prejudice (Doc. 10) is GRANTED

DATED this _8th_ day of June, 2017.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1